■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN DUNN, Also Known as KEVIN PATTERSON, Appellant. [612 NYS2d 1001] —Judgment unanimously affirmed. Memorandum: We find no abuse of discretion in the trial court's ruling under *People v Sandoval* (34 NY2d 371) that permitted the prosecutor to inquire of defendant, if he were to take the stand, whether he had previously been convicted of four misdemeanors and one felony, but prohibited inquiry into the nature of the convictions and their underlying facts *(see, People v Bukovsky,* 183 AD2d 942, *lv denied* 80 NY2d 927; *see also, People v Sargent,* 194 AD2d 865). We reject the contention that defendant's sentence is unduly harsh or excessive.

We have reviewed defendant's remaining contention and find it to be without merit. (Appeal from Judgment of Supreme Court, Erie County, Rossetti, J.—Burglary, 3rd Degree.) Present—Denman, P. J., Lawton, Fallon, Doerr and Davis, JJ.

■ In the Matter of DEBORAH C. BURSE, Also Known as DEBRA BURSE, Petitioner, v WILLIAM H. BRISTOL, as Judge of the Monroe County Court, et al., Respondents. [612 NYS2d 990] —Petition unanimously dismissed without costs. Memorandum: Petitioner commenced this CPLR article 78 proceeding to compel County Court to hold a hearing on her pre-indictment motion to suppress evidence. Although CPL 710.50 provides that a defendant who has been held by a local criminal court for action by a Grand Jury may make a suppression motion in the superior court that impaneled or will impanel such Grand Jury, the statute does not mandate that a suppression hearing be held prior to indictment. Because petitioner has not demonstrated a clear legal right to the relief she seeks, mandamus does not lie *(see, Matter of Scherbyn v Wayne-Finger Lakes Bd. of Coop. Educ. Servs.,* 77 NY2d 753, 757; *Matter of Legal Aid Socy. v Scheinman,* 53 NY2d 12, 16-17; *Matter of Hamptons Hosp. & Med. Ctr. v Moore,* 52 NY2d 88, 97). (Original Article 78 Proceeding.) Present—Denman, P. J., Lawton, Fallon, Doerr and Davis, JJ. (Filed Mar. 24, 1994.)